**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01145-CV

### IN RE: FREEPORT WATERFRONT PROPERTIES, L.P., ET AL, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03983**

## ORDER

Before the Court is relators' September 27, 2016 Petition for Writ of Mandamus. The

Court requests that the Real Parties in Interest and Respondent file their responses to the petition,

if any, on or before October 21, 2016.


/s/     LANA MYERS
        JUSTICE